# United States District Court

WESTERN DISTRICT OF WASHINGTON

Michael L. Davis

      v.

Michael J. Astrue

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5146FDB/KLS

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That the above-captioned case be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

August 16, 2007

BRUCE RIFKIN
Clerk

Denise Forbes

By, Deputy Clerk