# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL LEE DAVIS

v.

MICHAEL J. ASTRUE

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5146FDB

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That plaintiff's attorney Elie Halpern is hereby awarded EAJA fees of $4,809.87 and expenses of $44.20 pursuant to 28 U.S.C. §2412 and costs of $16.30 as set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

September 6, 2007                                   BRUCE RIFKIN
                                                                        Clerk

                                                                   s/ D. Forbes
                                                                 By, Deputy Clerk